**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Raymond Antoine SCOTT, Jr.,**
**Defendant-Appellant.**

**No. 15-30239**

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 19, 2017

Michael Wayne Mitchell, Traci Jo Whelan, Assistant U.S. Attorneys, Office of The U.S. Attorney, Coeur d'Alene, ID, for Plaintiff-Appellee

Nicolas Vernon Vieth, Esquire, Attorney, Vieth Law Offices, Chtd., Coeur d' Alene, ID, for Defendant-Appellant

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Raymond Antoine Scott, Jr., Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Raymond Antoine Scott, Jr., appeals from the district court's judgment and challenges his guilty-plea conviction and 288-month sentence for second-degree murder, in violation of 18 U.S.C. §§ 1111(b) and 1153. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Scott's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Scott the opportunity to file a pro se supplemental brief. No pro·se supplemental brief or answering brief has been filed.

Scott waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.